In the Matter of the Claim of BEN PARIS, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued November 18, 1954; decided December 31, 1954.

*John T. De Graff* and *John J. Kelly, Jr.*, for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Francis R. Curran* and *Wendell P. Brown* of counsel), for Edward Corsi, Industrial Commissioner, respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

MARY PLATTO et al., Appellants, *v.* BERTHA STIER, Respondent.

Argued November 15, 1954; decided December 31, 1954.